IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODNEKA PERRY, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:25-cv-12045 |
| v. | ) ) Hon. Georgia N. Alexakis |
| TEA DATING ADVICE, INC. | ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT TEA DATING ADVICE, INC.'S STATUS REPORT

Pursuant to the Court's October 8, 2025, Minute Entry, Defendant Tea Dating Advice, Inc. ("Tea Dating") respectfully submits this status report regarding its Motion for Finding of Relatedness and Consolidation filed in *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.). (*See* Notice of Filing, ECF Nos. 10, 10-1.)

Tea Dating's motion remains pending. Counsel for Tea Dating and counsel for the plaintiffs in the *Honeycutt*, *Perry*, *Valdez*,[1] and *Diaz*[2] actions submitted an agreed proposed order for Judge Pacold's consideration on November 10, 2025, which would grant Tea Dating's motion, find that the cases are related, and order the plaintiffs to file a consolidated amended complaint.

Dated: November 10, 2025

Respectfully submitted,

By: */s/ Bonnie Keane DelGobbo*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200

---

[1] *Valdez v. Tea Dating Advice, Inc.*, No. 1:25-cv-12050 (N.D. Ill.).
[2] *Diaz v. Tea Dating Advice, Inc.*, No. 1:25-cv-10895 (N.D. Ill.).

jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

<i>/s/ Bonnie Keane DelGobbo</i>