**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEKA PERRY, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-12045 |
| v. | ) ) | Hon. Georgia N. Alexakis |
| TEA DATING ADVICE, INC. | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT TEA DATING ADVICE, INC.'S NOTICE OF FILING OF MINUTE ENTRY**

Defendant Tea Dating Advice, Inc. ("Tea Dating"), by and through its undersigned counsel, respectfully submits this Notice that on February 12, 2026, Judge Pacold granted Tea Dating's Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation in the matter captioned *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.). The minute entry is attached hereto as **Exhibit 1**.

Dated: February 17, 2026

Respectfully submitted,

By: */s/ Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*